**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JESSICA FAY EINKORN** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 25-2546** |
| | : | |
| **UMORTGAGE** | : | |

## ORDER

This 29th day of October, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Stay and Compel Arbitration, ECF 12, is **GRANTED**. The parties are directed to proceed to arbitration according to the governing employment contract's terms and to report the arbitration's results to the Court, in writing, within 7 days of its completion.

    /s/ Gerald Austin McHugh
United States District Judge